# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-749
LT Case No. 2019-CF-1113-A

_____

DEREK TANKSLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————